**OPTIMUMPATH, LLC, Plaintiff–Appellant,**

v.

**BELKIN INTERNATIONAL INC., Cisco–Linksys, LLC, D–Link Systems, Inc., and Netgear, Inc., Defendant–Appellees.**

No. 2011–1458.

United States Court of Appeals, Federal Circuit.

March 7, 2012.

Rehearing Denied April 6, 2012.

Robert L. Reibold, Walker Reibold, LLC, of Columbia, SC, argued for plaintiff-appellant.

Victoria F. Maroulis, Quinn Emanuel Urquhart & Sullivan, LLP, of Redwood Shores, CA, argued for defendants-appellees. With her on the brief were Todd M. Briggs; and Charles K. Verhoeven and Carl G. Anderson, of San Francisco, CA.

RADER, Chief Judge, SCHALL and BRYSON, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**